**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**AZIBO AQUART, Petitioner,**
      **#15750-014**
      **USP Florence – High**
      **US Penitentiary**
      **PO Box 7000**
      **Florence, CO 81226**

      **v.**                  **Case No. 3:26-cv-00065-SRU**

**UNITED STATES OF AMERICA,**
      **Respondent.**

## Motion To Vacate Response Date and Adopt Agreed-Upon Schedule

1. On January 13, 2026, Movant, Azibo Aquart, filed a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 [Dkt. 1 (under seal), 3 (redacted)].

2. On January 14, 2026, the Court directed the government to file a response on or before February 13, 2026 [Dkt. 8].

3. At the time the Court issued the Order concerning a responsive pleading the parties were discussing a potential proposed joint scheduling order.

4. Mr. Aquart suggests the Court's regular scheduling order should not be utilized in this case for two reasons. First, the underlying criminal case is complex, and the issues presented in the § 2255 motion are similarly complicated. Second, during the running of the statute of limitations in this matter counsel for Movant was diagnosed with cancer and had two surgeries as well as post-surgery treatment that has required extended absence from work. Additionally, Movant's counsel's husband sustained a traumatic brain

injury in November 2025, was hospitalized for an extended period, and currently requires round-the-clock care and rehabilitation.

5. For these reasons the parties request that the Court rescind its order directing Respondent to answer the § 2255 motion by February 13, 2026.

6. For these same reasons, the parties jointly request this Honorable Court to adopt the following schedule:

   a. Movant shall have 60 days from the filing of the Motion (on January 13, 2026) to file an amendment which may add facts and exhibits to the legal claims alleged.

   b. Respondent shall have 90 days from the filing of the amendment to file its response explaining why the relief prayed for in the petition should not be granted.

WHEREFORE, Azibo Aquart, by counsel, with the agreement of the government, moves the Court to rescind its order directing the government to file a responsive pleading on February 13, 2026, and further asks the Court to implement the proposed scheduling order set forth above and agreed to by the parties, and for all other relief just and proper.

Respectfully submitted,

/s/Monica Foster
Monica Foster
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520