# UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

**AZIBO AQUART, Petitioner, #15750-014**
    **USP Lee**
    **US Penitentiary**
    **PO Box 305**
    **Jonesville, VA 24263**

    **v.**                                     **Case No. 3:26-cv-00065-SRU**

**UNITED STATES OF AMERICA,**
    **Respondent.**

## Motion To Modify and Adopt Agreed-Upon Schedule

1. On January 13, 2026, Movant, Azibo Aquart, filed a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 [Dkt. 1 (under seal), 3 (redacted)].

2. On January 14, 2026, the Court directed the government to file a response on or before February 13, 2026 [Dkt. 8].

3. On January 22, 2026, the parties asked the Court to vacate its order and adopt an agreed-upon scheduling order, citing two reasons: First, the underlying criminal case is complex, and the issues presented in the § 2255 motion are similarly complicated. Second, during the running of the statute of limitations in this matter counsel for Movant was diagnosed with cancer and had two surgeries as well as post-surgery treatment that has required extended absence from work. Additionally, Movant's counsel's husband sustained a traumatic brain injury in November 2025, was hospitalized for an extended period, and currently requires round-the-clock care and

rehabilitation. [Dkt. 9].  On January 26, 2026, the Court adopted the agreed-upon schedule, granting Movant until March 14, 2026, to file an amendment to the Motion to Vacate and granting the government 90 days to file its response. [Dkt, 10].

4. On March 10, 2026, due to counsel's ongoing medical exigencies, the Court adopted a further modification of the schedule, as jointly agreed by the parties, setting April 13, as the deadline for the Movant's amended 2255 motion. [Dkt. 12].

5. On April 7, 2026 and again on June 10, 2026, due to issues related to movant's transfer to a new facility and counsel's inability to communicate with him, the Court adopted additional modifications of the schedule, as jointly agreed by the parties, setting June 12, and then July 6, 2026 as the deadline for the Movant's amended 2255 motion. [Dkt. 14; 15].

6. Movant now, with the agreement of the government, requests a 7-day modification to the Court's scheduling order. In addition to the reasons previously cited, counsel, despite diligent efforts, is unable to have the petition with exhibits prepared by July 6th deadline. The linking of claims, arguments, and exhibits is a significant undertaking here. Undersigned counsel is out of the office from June 30-July 3, 2026, to attend to the sentencing hearing in the former capital case of *United States v. Jairo Saenz*, EDNY Case Number 2:16-cr-00403-GRB. Thus, counsel will be unavailable to conduct final edits and oversee the final preparations of the document in this case for filing until the holiday weekend.

7. The parties have conferred and have jointly agreed to a 7-day modification of the scheduling order. Accordingly, Movant requests, with the government's agreement, until July 13, 2026, to file the amendment to the Motion to Vacate, with the government provided 90 days to file its response.

WHEREFORE, Azibo Aquart, by counsel, with the agreement of the government, moves the Court to adopt the proposed scheduling order set forth above and agreed to by the parties, and for all other just and proper relief.

Respectfully submitted,

/s/Monica Foster
Monica Foster
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on June 22, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court=s electronic filing system. Parties may access this filing through the Court's system.

/s/Monica Foster
Monica Foster