**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**AZIBO AQUART, Petitioner,**
**#15750-014**
**USP Florence – High**
**US Penitentiary**
**PO Box 7000**
**Florence, CO 81226**

**v.** **Case No. 3:26-cv-00065-SRU**

**UNITED STATES OF AMERICA,**
**Respondent.**

---

**MOTION TO SEAL DOCKET NUMBER 20**
**AMENDED PETITION PURSUANT TO 28 USC § 2255**
**TO VACATE, SET ASIDE OR CORRECT SENTENCE BY**
**A PERSON IN FEDERAL CUSTODY**

---

Comes now Petitioner Azibo Aquart, by counsel Monica Foster, and moves the Court to seal the Amended Petition Pursuant to 28 USC § to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, Docket 1408, which will be filed with the Court on July 13, 2026. The document contains private information about jurors and third parties that needs to be protected and also relies on law enforcement documents that remain under seal. Undersigned counsel will additionally file on the public docket a copy of the pleading that redacts those claims and exhibits.

WHEREFORE, the Defendant prays that this Honorable Court issue an Order sealing the Amended Petition Pursuant to 28 USC § to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

/s/Monica Foster
Monica Foster
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Monica Foster
Monica Foster