UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AZIBO AQUART                                          Crim. No. 3:26CV65 (SRU)

    v.

UNITED STATES OF AMERICA                 August 10, 2026

## **MOTION TO SEAL**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the enclosed exhibit to the Government's Opposition to Defendant's *Ex Parte* Motion and Reply Memorandum in Support of a Hearing and Relief under Local Rule 83.5. The Government makes this application because the contents of the sealed exhibit include reports made by members of the trial jury regarding communications with defense counsel—inherently sensitive matters involving personal information that could be used to identify individual jurors. Moreover, the need to protect the integrity, security, and secrecy of juror deliberations weighs in favor of the limited sealing request here. Given that the Government has filed publicly its motion papers discussing the matter more generally and seeks only to seal the exhibit discussing the juror reports, this sealing request is narrowly tailored to serve the purpose of the closure.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY


*/s/ Elena Lalli Coronado*
ELENA LALLI CORONADO
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv09758
1000 Lafayette Blvd., 10th Fl.
Bridgeport, CT 06604
Tel: (203) 696-3000