UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AZIBO AQUART

v.

UNITED STATES OF AMERICA

CASE NO. 3:26CV65(SRU)

October 6, 2026

**MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Pursuant to Local Rule of Civil Procedure 7(a), the United States respectfully requests to file an oversize brief in response to the more than 330-page memorandum submitted in support of defendant Azibo Aquart's amended motion pursuant to 28 U.S.C. § 2255, as well as the hundreds of pages of exhibits. *See* Docket Number 23, Defense Exhibits I-A through XXXI-A. The Government's response is currently due on October 13, 2026.

The briefing by Aquart, styled as a petition for habeas corpus, raises thirty-three separate claims. Many of these claims contain a variety of subclaims supported by additional exhibits including expert affidavits. Although Government counsel will endeavor to be as concise as possible, it does not believe that it can address all of these claims within the 40-page limit. Accordingly, it requests leave to file a brief in excess of the 40-page limit set forth in Local Rule of Civil Procedure 7(a).

Defense counsel has no objection to this request.

Respectfully submitted,
DAVID X. SULLIVAN
UNITED STATES ATTORNEY

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. 30426
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700

ELENA CORONADO
ASSISTANT UNITED STATES ATTORNEY
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Jocelyn Courtney Kaoutzanis
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY